JAMES HARLEY, Respondent, *v.* HANNAH E. PLANT, as Executrix of HUMPHREY L. PLANT, Deceased, et al., Appellants.

*Harley* v. *Plant*, 168 App. Div. 931, affirmed.
(Argued May 2, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a bond executed by the two defendants, to discharge a mechanic's lien filed with the comptroller of the city of New York by the plaintiff against funds due one Peter Guthy on a municipal contract, the validity of the lien having been established in a previous action in which the sureties were not parties.

*James Troy* and *Frank S. Angell* for appellants.

*George W. Titcomb* and *Frank E. Johnson, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ. Not voting: COLLIN, J.